UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )   **Chapter 7**
                                          )
Laua Evans,                               )   **CASE NO.**  18 B 32926
                                          )
                                          )
                    Debtor(s).            )   **Honorable Pamela S. Hollis**

**ORDER AND NOTICE SETTING SEC. 329 EXAMINATION**

**To:    William L. Hotopp**
        Law Offices Of William L. Hotopp
        222 E. Church Street
        Sandwich, IL 60548

At Joliet, Illinois in said District and Division on the 8th day
of March, 2019.

IT IS ORDERED AND YOU ARE NOTIFIED that the Court has
entered an order setting a hearing pursuant to Sec. 329 of the
Bankruptcy Code and Bankruptcy Rule 2017 to examine into the
above named debtor's transactions with you as the debtor's
attorney. The hearing will be held before the Honorable Judge
Pamela S. Hollis at JOLIET CITY HALL, 150 W. JEFFERSON ST., 2nd
FLOOR, JOLIET, IL 60432, on **Friday, May 10, 2019 AT 10:15 a.m.**
**You are ordered to attend the hearing.**

YOU ARE FURTHER NOTIFIED that failure to appear at the
hearing may result in an order being entered directing that you
as debtor's attorney, forthwith turnover and deliver to one of
the following:  the debtor or the Standing Trustee, all or any
part of the compensation heretofore received by you as such
attorney.  YOU ARE FURTHER NOTIFIED that failure to appear at the
hearing may result in the ATTORNEY REGISTRATION AND DISCIPLINARY
COMMISSION being notified of your conduct in this case.

DATE:                         ENTER:
March 8, 2019
------------------------              ------------------------------
                              Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    18 B 32926
Case Name:      **Laua Evans**

I, Steven P. Beckerman, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 11th day of March, 2019, I caused to be served via First Class Mail (**) or electronically via the Court's electronic notification system, a true and correct copy of:

Order and Notice Setting 329 Examination dated: March 8, 2019

addressed to each of the following named individuals:

**Laua Evans** (**)
13708 W Bruns Road
Manhattan, IL 60442

**William L. Hotopp** (**)
Law Offices Of William L. Hotopp
222 E. Church Street
Sandwich, IL 60548

**Cindy M. Johnson**
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, IL 60603

**U.S. Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

_____
Steven P. Beckerman
Courtroom Deputy